UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>vs.<br><br>THE EDGE MOWSTRIPS, INC.; DAVID GLEN SIMPSON, individually and doing business as THE EDGE; and SURETY COMPANY OF THE PACIFIC,<br><br>              Defendants. | CASE NUMBER: CV08-00512 DSF(PLAx)<br><br>ORDER FOR DEFENDANT THE EDGE MOWSTRIPS, INC. TO SHOW CAUSE WHY ITS DEFAULT SHOULD NOT BE ENTERED FOR FAILURE TO OBTAIN SUBSTITUTE COUNSEL<br><br>DATE:     JANUARY 5, 2009<br>TIME:     1:30 P.M.<br>JUDGE:   Dale S. Fischer<br>CRTM:   840<br>PLACE:   255 East Temple St.<br>               Los Angeles, CA<br><br>Pre-Trial: April 20, 2009<br>Trial:     May 19, 2009 |

     On November 17, 2008, this Court granted the motion of counsel for the three above-captioned defendants to withdraw as counsel. Two of the defendants – the Edge Mowstrips, Inc. (hereinafter "THE EDGE INC." where not referred to by its full above-captioned name) and David Glen Simpson, individually and doing business as the Edge – have been unrepresented by counsel in this action since that

-1-

Carpenters.wpd

time. On review of the application of the Plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company (hereinafter "CLTF"), seeking an order requiring THE EDGE INC. and its officers to show cause why this Court should not enter the default of THE EDGE INC. for failure to obtain substitute counsel:

**IT IS HEREBY ORDERED THAT:**

1. Defendant The Edge Mowstrips, Inc. appear – by the appearance of one or more of its managing officers – at the above-entitled Court on January 5, 2009, at 1:30 p.m. in Courtroom 840 of the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012, and show cause, if any, why this Court should not enter its default for failure to obtain substitute counsel.

2. Service of a conformed copy of this order – along with conformed copies of CLTF's application for this order, memorandum of points and authorities and declaration of Peter A. Hutchinson in support of is application – shall be made by mail to defendant THE EDGE INC. (and the remaining defendants) at least seven days prior to the hearing.

3. A written notification of appearance by counsel filed and served no later than December 31, 2008 shall be a sufficient response to this order to show cause. IT IS SO ORDERED.

DATED: 12/23/08

_____
HON. DALE S. FISCHER
United States District Judge
Central District of California

Carpenters.wpd

-2-